NATHAN STEINGART, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued December 9, 1937; decided January 11, 1938.

*Howard Hilton Spellman, Benjamin F. Spellman, Nathan Frank* and *Sidney M. Goetz* for appellant.

*Frederick C. Tanner* and *Herbert F. Garrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.